**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-01849-RM-NYW

UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION NO. 7,

    Plaintiff,

v.

KING SOOPERS, INC.,

    Defendant.

---

## MINUTE ORDER

---

Magistrate Judge Nina Y. Wang

    This civil action comes before the court on Plaintiff United Food and Commercial Workers International Union No. 7's ("United Food") Motion for Leave to Amend Complaint [# 21] (the "Motion"). Pursuant to the Order Referring Case dated July 3, 2014 [#2] and the memorandum dated February 18, 2015 [#22], the Motion was referred to this Magistrate Judge. The Motion seeks leave to amend the original complaint in this action to drop allegations as to grievant Cathy Johnson.

    IT IS ORDERED that Plaintiff's Motion is GRANTED.  Plaintiff is permitted 14 days leave from the filing of this order to file and serve a First Amended Complaint in the form reflected at docket entry #20.

DATED February 23, 2015.