IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 1:14-cv-01849-RM-NYW

UNITED FOOD AND COMMERCIAL WORKERS
INTERNATIONAL UNION, LOCAL 7,

Plaintiff,

v.

KING SOOPERS, INC.,

Defendant.

_____

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL OF CLAIMS**
_____

This matter comes before the Court on the parties' Stipulated Motion for Dismissal of Claims ("Motion") (ECF No. 24). This Court, having reviewed the file and being duly advised of the premises, hereby **GRANTS** the Motion and **ORDERS** that all claims and allegations relating to Cathy Johnson in Plaintiff's Complaint be dismissed with prejudice. Each party is **ORDERED** to pay its, his or her own costs and fees.

DATED this 2nd day of April, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge