IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 14-cv-01849-RM-NYW

UNITED FOOD AND COMMERCIAL WORKERS
INTERNATIONAL UNION, LOCAL 7,

    Plaintiff,

v.

KING SOOPERS, INC.,

    Defendant.

_____

**ORDER SETTING CASE FOR TRIAL**
_____

This matter has been scheduled for a **two-day** trial to the court on the docket of Judge Raymond P. Moore in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **June 6, 2016 at 9:00 a.m.**

A Trial Preparation Conference is set for **May 6, 2016 at 9:00 a.m.** Counsel who will try the case shall attend in person.

**Seven days** before the trial preparation conference, the parties shall file via CM/ECF their witness lists and their exhibit lists. Forms of the witness and exhibit lists are found at http://www.cod.uscourts.gov/. Please add at least ten additional blank rows at the end of the exhibit list to accommodate any additional exhibits that may be introduced at trial.

Not less than **two business days** before the trial preparation conference, counsel and any pro se party shall file proposed findings of fact, conclusions of law, and orders. A copy shall also

be emailed to chambers.  Counsel and any pro se party are requested to state their proposed findings of fact in the same order as their anticipated order of proof at trial.

Not less than two business days before the trial preparation conference, counsel and any pro se party shall deliver to Chambers a courtesy copy of the parties' exhibits, which are intended to be offered at trial.

The parties shall be prepared to address the following issues at the Trial Preparation Conference:

1) sequestration of witnesses;

2) timing of presentation of witnesses and evidence;

3) anticipated evidentiary issues;

4) any stipulations as to fact; and

5) any other issue affecting the duration or course of the trial.

DATED this 4th day of September, 2015.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge